U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 18 2017

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JADE E. MIRE | * | CIVIL ACTION NO. 2:17-CV-620 |
| v. | * | |
| | * | JUDGE DRELL |
| CODY CHARLES ONXLEY, ET AL. | * | |
| | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 10) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the absence of any objections, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion to Remand (Rec. Doc. 5) is **GRANTED**. The case is remanded to the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

Alexandria, Louisiana, this 18 day of September, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT